**Brooks James TERRELL,**
**Plaintiff–Appellant,**

v.

**Mr. RUPERT, Disciplinary Hearing Officer (DHO), Lee County USP, VA; Harrell Watts, Administrator National Inmate Appeals, Defendants–Appellees,**

and

**Federal Bureau of Prisons, Defendant.**

No. 11–7704.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 25, 2012.

Brooks James Terrell, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brooks James Terrell appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Terrell v. Rupert,* No. 7:11–cv–00024–JCT–RSB, 2011 WL 6046618 (W.D.Va. Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*